IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VASHAUN JONES, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-248
)
GPA CREDIT UNION, )
)
    Defendant. )
)

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 10) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), an action may be dismissed by a plaintiff that files a "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As requested, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. As a result, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of February 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

2/19/2018

Deputy Clerk